IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MIEKO McLAFFERTY, individually and on behalf of all other persons similarly situated,<br>        Plaintiff,<br><br>    v.<br><br>DEUTSCHE LUFTHANSA A.G.; SOCIÉTÉ AIR FRANCE; KONINKLIJKE LUCHTVAART MAATSCHAPPIJ N.V.; and ALITALIA LINEE AEREE ITALIANE S.p.A.,<br>        Defendants. | Civil Action No. 08-1706 |

**ORDER**

AND NOW, this 16th day of October, 2009, for the reasons stated in the accompanying memorandum, it is ORDERED that the plaintiff's First Amended Complaint (docket no. 52) is dismissed without prejudice for lack of subject matter jurisdiction.

BY THE COURT:

/s/ Louis H. Pollak
Pollak, J.